IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JASON SHEROD BALDWIN

NO.  3:20-MJ-000782-BN

## MOTION FOR DETENTION

The United States moves for pre-trial detention of defendant, **Jason Sherod Baldwin** pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_\_   10 + year drug offense

    \_\_\_\_\_   Felony, with two prior convictions in above categories

    \_\_\_\_\_   Serious risk defendant will flee

    \_\_\_\_\_   Serious risk obstruction of justice

    \_\_X\_\_   Felony involving a minor victim

    \_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

2. Reason for Detention.  The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

    \_\_X\_\_   Defendant's appearance as required

    \_\_X\_\_   Safety of any other person and the community

**Motion for Detention—Page 1**

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because:

    \_\_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

    \_\_X\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    \_\_x\_\_ After continuance of \_\_2\_\_ days (not more than 3).

DATED this 29th day of July 2020.

    Respectfully submitted,

    ERIN NEALY COX
    UNITED STATES ATTORNEY

    */s/ Nicole Dana*
    NICOLE DANA
    Assistant United States Attorney
    Texas State Bar No. 24062268
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone:   214-659-8694
    Facsimile:   214-659-8800
    Email: nicole.dana@usdoj.gov